Argued and submitted July 12,
remanded with instructions July 28, 1982

CASTER,
*Petitioner,*

*v.*

STATE BOARD OF PAROLE,
*Respondent.*

(CA A24202)

648 P2d 418

Gary D. Babcock, Public Defender, Salem, argued the cause and filed the brief for petitioner.

Scott McAlister, Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were Dave Frohnmayer, Attorney General, and William F. Gary, Solicitor General, Salem.

Before Gillette, Presiding Judge, and Warden and Young, Judges.

PER CURIAM.

## PER CURIAM

Petitioner seeks review of the Board of Parole's order denying him parole. We find no error, based upon petitioner's contentions. However, the Board in its brief states:

"* * * [A]lthough] not raised by petitioner, it is * * * apparent that the Board has failed to schedule parole release 'until a specified future date' as required by ORS 144.125(3)."

Pursuant to this concession, the case is remanded to the Board to set a new release date.